# EXHIBIT A

Electronically Filed by Superior Court of California, County of Orange, 07/25/2022 12:23:30 PM.
30-2022-01271717-CU-PO-CJC - ROA # 3 - DAVID H. YAMASAKI, Clerk of the Court By K. Trent, Deputy Clerk.

**SUM-100**

# SUMMONS
## (CITACION JUDICIAL)

**FOR COURT USE ONLY**
*(SOLO PARA USO DE LA CORTE)*

**NOTICE TO DEFENDANT:**
*(AVISO AL DEMANDADO):*
LOWE'S HOME CENTERS, LLC, a North Carolina Corporation; ORCHARD SUPPLY HARDWARE CORPORATION, a California Corporation and DOES 1 to 25

**YOU ARE BEING SUED BY PLAINTIFF:**
*(LO ESTÁ DEMANDANDO EL DEMANDANTE):*

C▇▇▇▇ H▇▇▇▇▇▇▇▇, a minor by and through her GUARDIAN AD LITEM JAVIER HERNANDEZ

**NOTICE!** You have been sued. The court may decide against you without your being heard unless you respond within 30 days. Read the information below.

You have 30 CALENDAR DAYS after this summons and legal papers are served on you to file a written response at this court and have a copy served on the plaintiff. A letter or phone call will not protect you. Your written response must be in proper legal form if you want the court to hear your case. There may be a court form that you can use for your response. You can find these court forms and more information at the California Courts Online Self-Help Center (*www.courtinfo.ca.gov/selfhelp*), your county law library, or the courthouse nearest you. If you cannot pay the filing fee, ask the court clerk for a fee waiver form. If you do not file your response on time, you may lose the case by default, and your wages, money, and property may be taken without further warning from the court.

There are other legal requirements. You may want to call an attorney right away. If you do not know an attorney, you may want to call an attorney referral service. If you cannot afford an attorney, you may be eligible for free legal services from a nonprofit legal services program. You can locate these nonprofit groups at the California Legal Services Web site (*www.lawhelpcalifornia.org*), the California Courts Online Self-Help Center (*www.courtinfo.ca.gov/selfhelp*), or by contacting your local court or county bar association. **NOTE:** The court has a statutory lien for waived fees and costs on any settlement or arbitration award of $10,000 or more in a civil case. The court's lien must be paid before the court will dismiss the case.

*¡AVISO! Lo han demandado. Si no responde dentro de 30 días, la corte puede decidir en su contra sin escuchar su versión. Lea la información a continuación.*

*Tiene 30 DÍAS DE CALENDARIO después de que le entreguen esta citación y papeles legales para presentar una respuesta por escrito en esta corte y hacer que se entregue una copia al demandante. Una carta o una llamada telefónica no lo protegen. Su respuesta por escrito tiene que estar en formato legal correcto si desea que procesen su caso en la corte. Es posible que haya un formulario que usted pueda usar para su respuesta. Puede encontrar estos formularios de la corte y más información en el Centro de Ayuda de las Cortes de California (www.sucorte.ca.gov), en la biblioteca de leyes de su condado o en la corte que le quede más cerca. Si no puede pagar la cuota de presentación, pida al secretario de la corte que le dé un formulario de exención de pago de cuotas. Si no presenta su respuesta a tiempo, puede perder el caso por incumplimiento y la corte le podrá quitar su sueldo, dinero y bienes sin más advertencia.*

*Hay otros requisitos legales. Es recomendable que llame a un abogado inmediatamente. Si no conoce a un abogado, puede llamar a un servicio de remisión a abogados. Si no puede pagar a un abogado, es posible que cumpla con los requisitos para obtener servicios legales gratuitos de un programa de servicios legales sin fines de lucro. Puede encontrar estos grupos sin fines de lucro en el sitio web de California Legal Services, (www.lawhelpcalifornia.org), en el Centro de Ayuda de las Cortes de California, (www.sucorte.ca.gov) o poniéndose en contacto con la corte o el colegio de abogados locales. AVISO: Por ley, la corte tiene derecho a reclamar las cuotas y los costos exentos por imponer un gravamen sobre cualquier recuperación de $10,000 ó más de valor recibida mediante un acuerdo o una concesión de arbitraje en un caso de derecho civil. Tiene que pagar el gravamen de la corte antes de que la corte pueda desechar el caso.*

The name and address of the court is:
*(El nombre y dirección de la corte es):*
Superior Court of California, County of Orange
700 Civic Center Drive West
Santa Ana, California 92701

**CASE NUMBER:**
*(Número del Caso):*

The name, address, and telephone number of plaintiff's attorney, or plaintiff without an attorney, is: John C. Carpenter / Asa O. Eaton
*(El nombre, la dirección y el número de teléfono del abogado del demandante, o del demandante que no tiene abogado, es):*
Carpenter, Zuckerman, & Rowley
8827 W. Olympic Blvd., Beverly Hills, CA 90211                                                                    3102731230

DATE:                                          Clerk, by                                                       , Deputy
*(Fecha)*                                      *(Secretario)*                                                   *(Adjunto)*

*(For proof of service of this summons, use Proof of Service of Summons (form POS-010).)*
*(Para prueba de entrega de esta citatión use el formulario Proof of Service of Summons, (POS-010)).*

[SEAL]

**NOTICE TO THE PERSON SERVED:** You are served
1. ☐ as an individual defendant.
2. ☐ as the person sued under the fictitious name of *(specify):*

3. [X] on behalf of *(specify):* LOWE'S HOME CENTERS, LLC, a North Carolina Corporation

under: [X] CCP 416.10 (corporation)          ☐ CCP 416.60 (minor)
       ☐ CCP 416.20 (defunct corporation)   ☐ CCP 416.70 (conservatee)
       ☐ CCP 416.40 (association or partnership) ☐ CCP 416.90 (authorized person)
       ☐ other *(specify):*

4. [X] by personal delivery on *(date):* 8/__/22

Page 1 of 1

Form Adopted for Mandatory Use
Judicial Council of California
SUM-100 [Rev. July 1, 2009]

**SUMMONS**

Code of Civil Procedure §§ 412.20, 465
www.courtinfo.ca.gov
Westlaw Doc & Form Builder

Electronically Filed by Superior Court of California, County of Orange, 07/25/2022 12:23:30 PM.
30-2022-01271717-CU-PO-CJC - ROA # 2 - DAVID H. YAMASAKI, Clerk of the Court By K. Trent, Deputy Clerk.

PLD-PI-001

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, State Bar number, and address): | FOR COURT USE ONLY |
|---|---|
| John C. Carpenter / Asa O. Eaton   SBN: 155539 / 316888<br>Carpenter, Zuckerman, & Rowley<br>8827 W. Olympic Blvd.<br>Beverly Hills, CA 90211<br>TELEPHONE NO: 3102731230   FAX NO. (Optional): 3108581063<br>E-MAIL ADDRESS (Optional): eaton@czrlaw.com<br>ATTORNEY FOR (Name): Plaintiff | |

**SUPERIOR COURT OF CALIFORNIA, COUNTY OF** ORANGE
STREET ADDRESS: 700 Civic Center Drive West
MAILING ADDRESS: 700 Civic Center Drive West
CITY AND ZIP CODE: Santa Ana, 92701
BRANCH NAME: Central Justice Center

PLAINTIFF: G████ H████████, a minor by and through her GUARDIAN AD LITEM JAVIER HERNANDEZ

DEFENDANT: LOWE'S HOME CENTERS, LLC, a North Carolina Corporation; ORCHARD SUPPLY HARDWARE CORPORATION, a California Corporation

[X] DOES 1 TO 25

**COMPLAINT—Personal Injury, Property Damage, Wrongful Death**
[ ] AMENDED (Number):
Type (check all that apply):
[ ] MOTOR VEHICLE   [X] OTHER (specify):
[ ] Property Damage   [ ] Wrongful Death
[X] Personal Injury   [ ] Other Damages (specify):

Jurisdiction (check all that apply):   CASE NUMBER:
[ ] ACTION IS A LIMITED CIVIL CASE
    Amount demanded   [ ] does not exceed $10,000
                      [ ] exceeds $10,000, but does not exceed $25,000
[X] ACTION IS AN UNLIMITED CIVIL CASE (exceeds $25,000)
[ ] ACTION IS RECLASSIFIED by this amended complaint
    [ ] from limited to unlimited
    [ ] from unlimited to limited

1. **Plaintiff** (name or names): G████ H████████, a minor, by and through her GUARDIAN AD LITEM alleges causes of action against **defendant** (name or names): LOWE'S HOME CENTERS, LLC, a North Carolina corporation; ORCHARD SUPPLY HARDWARE CORPORATION, a California Corporation

2. This pleading, including attachments and exhibits, consists of the following number of pages:

3. Each plaintiff named above is a competent adult
   a. [X] except plaintiff (name): G████ H████████
      (1) [ ] a corporation qualified to do business in California
      (2) [ ] an unincorporated entity (describe):
      (3) [ ] a public entity (describe):
      (4) [X] a minor   [ ] an adult
          (a) [X] for whom a guardian or conservator of the estate or a guardian ad litem has been appointed
          (b) [ ] other (specify):
      (5) [ ] other (specify):
   b. [ ] except plaintiff (name):
      (1) [ ] a corporation qualified to do business in California
      (2) [ ] an unincorporated entity (describe):
      (3) [ ] a public entity (describe):
      (4) [ ] a minor   [ ] an adult
          (a) [ ] for whom a guardian or conservator of the estate or a guardian ad litem has been appointed
          (b) [ ] other (specify):
      (5) [ ] other (specify):

[ ] Information about additional plaintiffs who are not competent adults is shown in Attachment 3.

Page 1 of 3

Form Approved for Optional Use
Judicial Council of California
PLD-PI-001 [Rev. January 1, 2007]

**COMPLAINT—Personal Injury, Property Damage, Wrongful Death**

Code of Civil Procedure, § 425.12
www.courtinfo.ca.gov
Westlaw Doc & Form Builder™

PLD-PI-001

| SHORT TITLE: HERNANDEZ v. LOWE'S HOME CENTERS, LLC., et al. | CASE NUMBER: |
|---|---|

4. ☐ Plaintiff *(name):*
   is doing business under the fictitious name *(specify):*

   and has complied with the fictitious business name laws.

5. Each defendant named above is a natural person
   a. [X] **except** defendant *(name):* Lowe's Home Centers, LLC
      (1) ☐ a business organization, form unknown
      (2) ☐ a corporation
      (3) [X] an unincorporated entity *(describe):*
          Limited Liability Company
      (4) ☐ a public entity *(describe):*
      (5) ☐ other *(specify):*

   c. ☐ **except** defendant *(name):*
      (1) ☐ a business organization, form unknown
      (2) ☐ a corporation
      (3) ☐ an unincorporated entity *(describe):*
      (4) ☐ a public entity *(describe):*
      (5) ☐ other *(specify):*

   b. [X] **except** defendant *(name):* Orchard Supply Hardware Corporation
      (1) ☐ a business organization, form unknown
      (2) [X] a corporation
      (3) ☐ an unincorporated entity *(describe):*
      (4) ☐ a public entity *(describe):*
      (5) ☐ other *(specify):*

   d. ☐ **except** defendant *(name):*
      (1) ☐ a business organization, form unknown
      (2) ☐ a corporation
      (3) ☐ an unincorporated entity *(describe):*
      (4) ☐ a public entity *(describe):*
      (5) ☐ other *(specify):*

   [X] Information about additional defendants who are not natural persons is contained in Attachment 5.

6. The true names of defendants sued as Does are unknown to plaintiff.
   a. [X] Doe defendants *(specify Doe numbers):* 1-25 were the agents or employees of other named defendants and acted within the scope of that agency or employment.
   b. [X] Doe defendants *(specify Doe numbers):* 1-25 are persons whose capacities are unknown to plaintiff.

7. ☐ Defendants who are joined under Code of Civil Procedure section 382 are *(names):*

8. This court is the proper court because
   a. ☐ at least one defendant now resides in its jurisdictional area.
   b. ☐ the principal place of business of a defendant corporation or unincorporated association is in its jurisdictional area.
   c. [X] injury to person or damage to personal property occurred in its jurisdictional area.
   d. ☐ other *(specify):*

9. ☐ Plaintiff is required to comply with a claims statute, **and**
   a. ☐ has complied with applicable claims statutes, **or**
   b. ☐ is excused from complying because *(specify):*

PLD-PI-001

| SHORT TITLE: HERNANDEZ v. LOWE'S HOME CENTERS, LLC., et al. | CASE NUMBER: |
|---|---|

10. The following causes of action are attached and the statements above apply to each *(each complaint must have one or more causes of action attached):*
    a. [ ] Motor Vehicle
    b. [X] General Negligence
    c. [ ] Intentional Tort
    d. [ ] Products Liability
    e. [X] Premises Liability
    f. [ ] Other *(specify):*

11. Plaintiff has suffered
    a. [ ] wage loss
    b. [ ] loss of use of property
    c. [X] hospital and medical expenses
    d. [X] general damage
    e. [ ] property damage
    f. [X] loss of earning capacity
    g. [ ] other damage *(specify):*

12. [ ] The damages claimed for wrongful death and the relationships of plaintiff to the deceased are
    a. [ ] listed in Attachment 12.
    b. [ ] as follows:

13. The relief sought in this complaint is within the jurisdiction of this court.

14. **Plaintiff prays** for judgment for costs of suit; for such relief as is fair, just, and equitable; and for
    a. (1) [X] compensatory damages
       (2) [ ] punitive damages
       The amount of damages is *(in cases for personal injury or wrongful death, you must check (1)):*
       (1) [X] according to proof
       (2) [ ] in the amount of: $

15. [ ] The paragraphs of this complaint alleged on information and belief are as follows *(specify paragraph numbers):*

Date:

John C. Carpenter / Asa O. Eaton
(TYPE OR PRINT NAME)

▶ _(signature)_
(SIGNATURE OF PLAINTIFF OR ATTORNEY)

PLD-PI-001 [Rev. January 1, 2007]     **COMPLAINT—Personal Injury, Property Damage, Wrongful Death**     Page 3 of 3

MC-025

| SHORT TITLE: HERNANDEZ v. LOWE'S HOME CENTERS, LLC., et al. | CASE NUMBER: |
|---|---|

ATTACHMENT (Number): ___5___

(This Attachment may be used with any Judicial Council form.)

On information and belief Defendant, ORCHARD SUPPLY HARDWARE CORPORATION is bankrupt and its debts have been discharged. Defendant ORCHARD SUPPLY HARDWARE CORPORATION is named in regard to any applicable liability insurance policy at the time of the incident that would provide coverage for the incident. Plaintiff does not seek to violate any rulings or discharge of debt according to the rulings of the bankruptcy proceedings.

(If the item that this Attachment concerns is made under penalty of perjury, all statements in this Attachment are made under penalty of perjury.)

Page __1__ of __1__
(Add pages as required)

Form Approved for Optional Use
Judicial Council of California
MC-025 [Rev. July 1, 2009]

**ATTACHMENT
to Judicial Council Form**

www.courtinfo.ca.gov
Westlaw Doc & Form Builder

PLD-PI-001(2)

| SHORT TITLE: HERNANDEZ v. LOWE'S HOME CENTERS, LLC., et al. | CASE NUMBER: |
|---|---|

___First___  **CAUSE OF ACTION—General Negligence**   Page 5
  (number)

ATTACHMENT TO  [X] Complaint  [ ] Cross - Complaint

*(Use a separate cause of action form for each cause of action.)*

GN-1. Plaintiff *(name):* G████ H████████, a minor, by and through her GUARDIAN AD LITEM JAVIER HERNANDEZ

alleges that defendant *(name):* LOWE'S HOME CENTERS, LLC, a North Carolina corporation; ORCHARD SUPPLY HARDWARE CORPORATION, a California Corporation

[X] Does ___1___ to ___25___

was the legal (proximate) cause of damages to plaintiff. By the following acts or omissions to act, defendant negligently caused the damage to plaintiff

on *(date):* October 9, 2013

at *(place):* Orchard Supply Hardware 1975 E. 17th St., Santa Ana, CA 92701

*(description of reasons for liability):*

　　On or about October 9, 2013, Plaintiff was visiting the Orchard Supply Hardware retail store located at 1975 East 17th Street, Santa Ana, California 92701. While visiting the retail store with her mother, a large cabinet fell onto the then 2 year old Plaintiff. After the large cabinet fell on the Plaintiff employees at the retail location lifted the heavy cabinet off of the Plaintiff. As a result of the incident Plaintiff suffered serious injuries and damages.

Page 1 of 1

Form Approved for Optional Use
Judicial Council of California
PLD-PI-001(2) [Rev. January 1, 2007]

**CAUSE OF ACTION—General Negligence**

Code of Civil Procedure 425.12
www.courtinfo.ca.gov
Westlaw Doc & Form Builder

| | PLD-PI-001(4) |
|---|---|
| SHORT TITLE: HERNANDEZ v. LOWE'S HOME CENTERS, LLC., et al. | CASE NUMBER: |

___Second___ **CAUSE OF ACTION—Premises Liability**   Page __6__
  (number)

ATTACHMENT TO  [X] Complaint   [ ] Cross - Complaint
*(Use a separate cause of action form for each cause of action.)*

Prem.L-1. Plaintiff *(name):* G█████ H█████, a minor, by and through her GUARDIAN AD LITEM alleges the acts of defendants were the legal (proximate) cause of damages to plaintiff.
On *(date):* October 9, 2013     plaintiff was injured on the following premises in the following fashion *(description of premises and circumstances of injury):*
On or about October 9, 2013, Plaintiff was visiting the Orchard Supply Hardware retail store located at 1975 East 17th Street, Santa Ana, California 92701. While visiting the retail store with her mother, a large cabinet fell onto the then 2 year old Plaintiff. After the large cabinet fell on the Plaintiff employees at the retail location lifted the heavy cabinet off of the Plaintiff. As a result of the incident Plaintiff suffered serious injuries and damages.

Prem.L-2. [X] **Count One—Negligence.** The defendants who negligently owned, maintained, managed and operated the described premises were *(names):* LOWE'S HOME CENTERS, LLC, a North Carolina corporation; ORCHARD SUPPLY HARDWARE CORPORATION, a California Corporation.

  [X] Does ___1___ to ___25___

Prem.L-3. [X] **Count Two—Willful Failure to Warn** [Civil Code section 846] The defendant owners who willfully or maliciously failed to guard or warn against a dangerous condition, use, structure, or activity were *(names):* LOWE'S HOME CENTERS, LLC, a North Carolina corporation; ORCHARD SUPPLY HARDWARE CORPORATION, a California Corporation.

  [X] Does ___1___ to ___25___
  Plaintiff, a recreational user, was [ ] an invited guest [ ] a paying guest.

Prem.L-4. [X] **Count Three—Dangerous Condition of Public Property** The defendants who owned public property on which a dangerous condition existed were *(names):* LOWE'S HOME CENTERS, LLC, a North Carolina corporation; ORCHARD SUPPLY HARDWARE CORPORATION, a California Corporation.

  [X] Does ___1___ to ___25___
  a. [ ] The defendant public entity had [ ] actual [ ] constructive notice of the existence of the dangerous condition in sufficient time prior to the injury to have corrected it.
  b. [ ] The condition was created by employees of the defendant public entity.

Prem.L-5. a. [X] **Allegations about Other Defendants** The defendants who were the agents and employees of the other defendants and acted within the scope of the agency were *(names):*

  [X] Does ___1___ to ___25___

  b. [ ] The defendants who are liable to plaintiffs for other reasons and the reasons for their liability are
    [ ] described in attachment Prem.L-5.b  [ ] as follows *(names):*

Page 1 of 1

Form Approved for Optional Use
Judicial Council of California
PLD-PI-001(4) [Rev. January 1, 2007]

CAUSE OF ACTION—Premises Liability

Code of Civil Procedure, § 425.12
www.courtinfo.ca.gov
Westlaw Doc & Form Builder