# EXHIBIT E

| ATTORNEY OR PARTY WITHOUT ATTORNEY: STATE BAR NO.:155610/ 316888<br>NAME:John C. Carpenter / Asa O. Eaton<br>FIRM NAME: Carpenter & Zuckerman<br>STREET ADDRESS: 8827 W. Olympic Blvd.<br>CITY: Beverly Hills        STATE:CA        ZIP CODE: 90211<br>TELEPHONE NO.: (310) 273-1230     FAX NO.: (310) 858-1063<br>E-MAIL ADDRESS:carpenter@czrlaw.com / eaton@cz.law<br>ATTORNEY FOR (name): Plaintiff G███ H███████ | FOR COURT USE ONLY |
|---|---|
| **SUPERIOR COURT OF CALIFORNIA, COUNTY OF ORANGE**<br>JUSTICE CENTER:<br>☒ Central - 700 Civic Center Dr. West, Santa Ana, CA 92701<br>☐ Civil Complex Center - 751 W. Santa Ana Blvd., Santa Ana, CA 92701<br>☐ Harbor- Newport Beach Facility - 4601 Jamboree Rd., Newport Beach, CA 92660-2595<br>☐ North - 1275 N. Berkeley Ave., P. O. Box 5000, Fullerton, CA 92838-0500<br>☐ West – 8141 13th Street, Westminster, CA 92683-4593 | |
| PLAINTIFF:G███ H███████, a minor<br><br>DEFENDANT:LOWE'S HOME CENTERS, LLC, et al. | CASE NUMBER:<br>30-2022-01271717-CU-PO-CJC |
| **AMENDMENT TO ☒ COMPLAINT ☐ CROSS-COMPLAINT** | Case assigned to:<br>Judge:Hon. Melissa R. McCormick<br>Department:C13<br>Date complaint filed:July 25, 2022<br>Hearing/trial date:Not set |

**FICTITIOUS NAME UNDER SECTION 474, CODE OF CIVIL PROCEDURE (NO ORDER REQUIRED)**

I have discovered the true name of ☒ Doe 1____ ☐ Roe_____ to be Orchard Supply Company, LLC _____

The complaint/cross-complaint is amended to reflect the true name wherever it appears in the pleading.

Date: _____

John C. Carpenter / Asa O. Eaton
(TYPE OR PRINT NAME)

_____
(SIGNATURE OF PARTY OR ATTORNEY)

**INCORRECT NAME UNDER SECTION 473, CODE OF CIVIL PROCEDURE (ORDER REQUIRED)**

The complaint/cross-complaint incorrectly named the defendant/cross-defendant as_____.

I have discovered the true name of the party to be _____
_____.

I request the complaint/cross-complaint be amended to reflect the true name wherever it appears in the pleading.

Date: _____

_____
(TYPE OR PRINT NAME)

_____
(SIGNATURE OF PARTY OR ATTORNEY)

**ORDER**
The complaint/cross-complaint is amended to reflect the true name wherever it appears in the pleading.

Date:_____

_____
JUDICIAL OFFICER

Approved for Optional Use
L-0132 (Rev. March 2019)           **AMENDMENT TO COMPLAINT/CROSS-COMPLAINT**           Code of Civil Procedure,
§§ 473, 474

## PROOF OF SERVICE

### STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action; my business address is: 8827 West Olympic Boulevard, Beverly Hills, California 90211.

On Tuesday, August 30, 2022, I served the foregoing document described as:

### AMENDMENT TO COMPLAINT

[ X ]   by placing [ ] the original  [ X ] copies addressed as follows:

Rodger Backlar, Esq.
Tharpe and Howell
15250 Ventura Blvd.
9th Floor
Sherman Oaks, CA 91403
Phone: (818) 205-9955 ext. 288
Facsimile: (818) 205-9944

[ X ]   BY MAIL: I am familiar with the practice of Carpenter & Zuckerman for collection and processing of correspondence for mailing with the United States Postal Service. Correspondence so collected and processed is deposited with the United States Postal Service that same day in the ordinary course of business. On this date, a copy of said document was placed in a sealed envelope, with postage fully prepaid, addressed as set forth herein, and such envelope was placed for collection and mailing at Carpenter & Zuckerman, Los Angeles, California, following ordinary business practices.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct, and that this declaration was executed on Tuesday, August 30, 2022, at Los Angeles, California.

_____
Ashley Silva

CZ | CARPENTER & ZUCKERMAN

LOS ANGELES CA  900

30 AUG 2022  PM 12 L

Rodger Backlar, Esq.
Tharpe and Howell
15250 Ventura Blvd., 9th Fl.
Sherman Oaks, CA 91403

91403-322109

8827 W. Olympic Boulevard, Beverly Hills, CA  90211    cz.law

